**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BAKHODUR UBAYDULLOEV,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, MOSHANNON VALLEY ICE PROCESSING CENTER; *et al.*,<br><br>Respondents. | ) | 3:26-CV-273 |

**ORDER**

The Court is in receipt of Mr. Ubaydulloev's Motion to Enforce Order (ECF 13), but cannot make a finding as to the fairness of his bond hearing without first reviewing the official transcript of that proceeding. Mr. Ubaydulloev represents that he has made a good faith effort to obtain a copy of the bond hearing transcript but was unsuccessful, so the Court finds that it is in the interest of justice and judicial economy that Respondents obtain and file it instead.

Accordingly, **IT IS ORDERED** that Respondents shall file a response to Mr. Ubaydulloev's motion on or before **October 29, 2026**, and attach a copy of the bond hearing transcript thereto. Any reply by Mr. Ubaydulloev is due by **November 12, 2026**.

DATED this 15th day of October, 2026.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Bakhodur Ubaydulloev
A 220-338-491
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866